ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

## No. 24-1113 (and consolidated cases)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

TikTok Inc. and ByteDance Ltd.,

*Petitioners,*

v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

*Respondent.*

*caption continued on inside cover*

On Petitions for Review of Constitutionality of the Protecting Americans from Foreign Adversary Controlled Applications Act

**NOTICE OF INTENT OF THE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, FREE PRESS, AND PEN AMERICAN CENTER TO FILE AN AMICUS BRIEF IN SUPPORT OF PETITIONERS**

Jameel Jaffer
Hannah Vester
Eric Columbus
Ramya Krishnan
Xiangnong Wang
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amici Curiae*

Brian Firebaugh, et al.,

*Petitioners,*

v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

*Respondent.*

---

BASED Politics Inc.,

*Petitioner,*

v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

*Respondent.*

## Corporate Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1, undersigned counsel certifies that *amici curiae* the Knight First Amendment Institute at Columbia University, Free Press, and PEN American Center have no parent corporations and that no publicly held corporation owns 10 percent or more of their stock.

   /s/ *Jameel Jaffer*
Jameel Jaffer
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amici Curiae*

**Notice of Intent to File Amicus Brief**

Pursuant to Fed. R. App. P. 29(a), D.C. Circuit Rule 29(b), amici represent that they intend to participate in this case as *amici curiae*. Petitioners and Respondent have consented to the filing of this amicus brief.

Amici are nonprofit organizations dedicated to promoting the freedoms of speech and of the press in the United States and across borders, and are concerned with the government's attempt to restrict Americans' access to TikTok. Amici frequently engage in advocacy on a range of free speech issues, and file amicus briefs in cases like this one that address significant First Amendment questions.

The Knight First Amendment Institute at Columbia University is a non-partisan, not-for-profit organization that works to defend the freedoms of speech and the press in the digital age through strategic litigation, research, and public education. The Institute's aim is to promote a system of free expression that is open and inclusive, that broadens and elevates public discourse, and that fosters creativity, accountability, and effective self-government.

Free Press is a nonpartisan, non-profit, nationwide media and technology advocacy organization. It believes that positive social change, racial justice, and meaningful engagement in public life require equitable access to open channels of communication, diverse and independent ownership of media platforms, and journalism that holds leaders accountable. For nearly two decades, Free Press has

engaged in litigation, congressional advocacy, and administrative agency proceedings to advance these goals, including cases, legislative hearings, and agency proceedings concerning freedom of expression and freedom of the press.

PEN American Center ("PEN America") is a non-partisan, not-for-profit organization dedicated to creative expression and the liberties that make it possible. Founded in 1922, PEN America engages in advocacy, research, and public programming related to free expression in the United States and around the world. PEN America works to ensure that people everywhere have the freedom to create literature, to convey information and ideas, express their views, and access the views, ideas, and literatures of others. PEN America has engaged in research and advocacy related to free expression on social media platforms and is committed to fostering a healthy climate for public discourse online.

Amici respectfully submit that this notice is timely filed under D.C. Circuit Rule 29(b). Amici intend to file their brief no later than June 27, 2024 in accordance with D.C. Circuit Rule 29(c).

In addition, pursuant to D.C. Circuit Rule 29(d), amici have worked to consolidate their arguments into a single brief. Amici have also coordinated with other amici to ensure that there is no overlap in the issues raised, to the greatest extent possible.

3

/s/ *Jameel Jaffer*
Jameel Jaffer
Knight First Amendment Institute at
  Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amici Curiae*

4