SCHEDULED FOR ORAL ARGUMENT SEPTEMBER 16, 2024

No. 24-1113 (and consolidated cases)

# In the United States Court of Appeals for the District of Columbia Circuit

―――――――――――

TIKTOK INC. and BYTEDANCE, LTD.,

*Petitioners,*

v.

MERRICK B. GARLAND,
in his official capacity as Attorney General of the United States,

*Respondent.*

―――――――――――

On Petitions for Review of Constitutionality of
the Protecting Americans from Foreign Adversary Controlled Applications Act

―――――――――――

**NOTICE OF INTENT OF FIRST AMENDMENT LAW PROFESSORS TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PETITIONERS**

―――――――――――

Nicholas Reddick
Jonathan A. Patchen
Alyxandra N. Vernon
Anthony Vecchio
WILLKIE FARR & GALLAGHER LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
jpatchen@willkie.com
nreddick@willkie.com
avernon@willkie.com
avecchio@willkie.com

Meryl Conant Governski
*Counsel of Record*
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1016
mgovernski@willkie.com

*Counsel for* Amici Curiae
*First Amendment Scholars*

## DISCLOSURE STATEMENT PURSUANT TO
## CIRCUIT RULE 26.1

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), undersigned counsel certifies:

*Amici curiae* are natural persons and as such have no parent corporations or stock.

<u>/s/ Meryl Conant Governski</u><br>
Meryl Conant Governski

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. 29(a), D.C. Circuit Rule 29(b), amici represent that they intend to participate in this case as *amici curiae*. Petitioners and Respondent have consented to the filing of this *amicus curiae* brief.

*Amici* are scholars of constitutional law who write and teach about the First Amendment. *Amici* have an interest in ensuring that this Court rule in accordance with the fundamental freedoms protected by the First Amendment. The names and associations of *amici* are printed below.[†]

*Amici* respectfully submit that this notice is timely filed under D.C. Circuit Rule 29(b). *Amici* have filed their brief on June 27, 2024 in accordance with D.C. Circuit Rule 29(c).

Respectfully submitted,

/s/ Meryl Conant Governski
Meryl Conant Governski
*Counsel of Record*
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303 1016
mgovernski@willkie.com

Counsel for Amici Curiae
*First Amendment Scholars*

---

[†] Institutions are listed for identification purposes only. Opinions expressed are those of the individual *amici*, and not necessarily of their affiliated institutions.

- 3 -

Shubhangi Agarwalla
Resident Fellow, Yale Information Society Project
Yale Law School

Enrique Armijo
Professor of Law
Elon University School of Law

Derek Bambauer
Irving Cypen Professor of Law
University of Florida Levin College of Law

Jane Bambauer
Brechner Eminent Scholar and Professor of Law
University of Florida Levin College of Law

Elettra Bietti
Assistant Professor
Northeastern University School of Law & Khoury College of Computer Sciences

Ashutosh Bhagwat
Boochever and Bird Endowed Chair for the Study and Teaching of Freedom and Equality and Distinguished Professor of Law
University of California, Davis School of Law

Stuart N. Brotman
Alvin and Sally Beaman Professor of Journalism and Media Law, Enterprise, and Leadership
University of Tennessee, Knoxville

Anupam Chander
Scott K. Ginsburg Professor of Law and Technology
Georgetown University Law Center
Visiting Scholar, Institute for Rebooting Social Media
Harvard University

Erwin Chemerinsky
Dean and Jesse H. Choper Distinguished Professor of Law
The University of California, Berkeley School of Law

- 5 -

James Grimmelmann
Tessler Family Professor of Digital and Information Law
Cornell Law School

Nikolas Guggenberger
Assistant Professor
The University of Houston Law Center

G.S. Hans
Associate Clinical Professor of Law and Associate Director of First Amendment Clinic
Cornell Law School

Robert A. Heverly
Associate Professor of Law
Albany Law School

Michael Karanicolas
Executive Director, Institute for Technology, Law & Policy
University of California Los Angeles

Kate Klonick
Associate Professor of Law
St. John's University School of Law

Mark Lemley
William H. Neukom Professor of Law
Director of the Stanford Program in Law, Science & Technology
Stanford Law School

David S. Levine
Professor
Elon University School of Law

Yvette Joy Liebesman
Professor of Law
Saint Louis University School of Law

- 6 -

Dylan K. Moses
Fellow, The Berkman Klein Center for Internet & Society
Harvard Law School

Sean O'Brien
Visiting Lecturer in Law
Yale Law School

Christopher Sprigman
Murray and Kathleen Bring Professor of Law
Co-Director, Engelberg Center on Innovation Law and Policy
New York University School of Law

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

<u>/s/ Meryl Conant Governski</u>
Meryl Conant Governski