# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1113** | **September Term, 2023** |
| | **DOJ-Pub. L. No. 118-50** |
| | **Filed On: July 9, 2024** |

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## O R D E R

    Upon consideration of the brief of amici curiae Foundation for Individual Rights and Expression, Institute for Justice, and Reason Foundation in support of petitioners, it is

    **ORDERED** that the brief be stricken. See D.C. Cir. Rule 29(b) (an amicus brief will not be accepted if the participation would result in recusal of a member of the panel that has been assigned to the case). The Clerk is directed to note the docket accordingly.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                            BY:    /s/
                                          Michael C. McGrail
                                          Deputy Clerk