ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TIKTOK INC., et al.,
    Petitioners,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,
    Respondent.

No. 24-1113

**NOTICE**

    The United States hereby provides notice to Bytedance, Ltd., and the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1881e(a), the United States intends to use or disclose in proceedings in the above-captioned matter information obtained or derived from acquisitions conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. § 1881a *et seq*.

Respectfully submitted,

BRIAN M. BOYNTON
   *Principal Deputy Assistant Attorney General*

BRIAN N. NETTER
   *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
DANIEL TENNY

 */s/ Casen B. Ross*
CASEN B. ROSS
SEAN R. JANDA
BRIAN J. SPRINGER
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7260*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-3388*
   *sean.r.janda@usdoj.gov*

July 2024