## ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

No. 24-1113 (and consolidated cases)

### UNITED STATES COURT OF APPEALS
### FOR THE D.C. CIRCUIT

TIKTOK INC. AND BYTEDANCE LTD.,
*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,
*Respondent.*

consolidated with

*caption continued on inside cover*

On Petitions for Review of Constitutionality of
the Protecting Americans from Foreign
Adversary Controlled Applications Act

### NOTICE OF INTENT OF FORMER NATIONAL SECURITY OFFICIALS TO FILE AN AMICUS BRIEF IN SUPPORT OF RESPONDENT

Thomas R. McCarthy
Kathleen S. Lane
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
katie@consovoymccarthy.com

August 2, 2024

*Counsel for Amicus Curiae*

Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King

*Petitioners,*

v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

*Respondent.*

---

BASED Politics Inc.

*Petitioners,*

v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

*Respondent.*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. 29(a), D.C. Circuit Rule 29(b), former national security officials represent that they intend to participate in this case as amici curiae. Amici are identified in Appendix A.

Amici have served at the highest levels of government, in national security, intelligence, and foreign policy roles. They have served under different administrations, for leaders of different political parties, during different global conflicts, and have different foreign policy concerns. Despite their differences, amici have all served with a common goal and purpose: securing this Nation and protecting it from foreign threats. TikTok presents one such critical foreign threat. As former government officials and as national security experts, amici have a strong interest in ensuring that the Court understands and appreciates the national security interests at stake in this litigation.

Amici are filing this brief to address the national security concerns surrounding TikTok, ByteDance, and those entities' ties to a foreign adversary—the Chinese Communist Party. Petitioners in each of the consolidated cases and Respondent have consented to the filing of this brief.

1

This notice is timely filed under D.C. Circuit Rule 29(b). Amicus intends to file its brief no later than August 2, 2024, in accordance with D.C. Circuit Rule 29(c). In addition, pursuant to D.C. Circuit Rule 29(d), amicus has worked to consolidate its arguments into a single brief. Amicus has also coordinated with other amici to ensure that there is no overlap in the issues raised, to the greatest extent possible.

## CERTIFICATE OF COMPLIANCE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by CM/ECF.

Dated: August 2, 2024

*/s/ Thomas R. McCarthy*
Thomas R. McCarthy

# APPENDIX A: LIST OF AMICI CURIAE

*The Hon. Michael B. Mukasey*
Former Attorney General of the United States
Former Judge, United States District Court for the Southern District of New York

*The Hon. Jeff Sessions*
Former Attorney General of the United States
Former United States Senator

*The Hon. Chris Inglis*
Former National Cyber Director, The White House
Former Deputy Director, National Security Agency

*The Hon. Christopher A. Ford*
Former Assistant Secretary of State for International Security & Nonproliferation, United States Department of State
Former Senior Director for Weapons of Mass Destruction & Counterproliferation, National Security Council, The White House

*The Hon. Michelle Van Cleave*
Former National Counterintelligence Executive, Office of the Director of National Intelligence
Former General Counsel and Assistant Director, Office of Science and Technology Policy, The White House

*The Hon. William Evanina*
Former Director, National Counterintelligence and Security Center

*Gus P. Coldebella*
Former General Counsel (acting), United States Department of Homeland Security

*Margaret M. Peterlin*
Former Chief of Staff to the Secretary of State, United States Department of State
Former National Security Advisor to the Speaker of the House, United States House of Representatives

*Vice Admiral (Ret.) Mike LeFever*
Former Director of Strategic Operational Planning, National Counterterrorism Center, Office of the Director of National Intelligence
Former Commander of the Office of Defense Representative in Pakistan & Commander of the Joint Task Force in Pakistan

*Norman T. Roule*
Former National Intelligence Manager for Iran, Office of the Director of National Intelligence
Former Division Chief, Central Intelligence Agency

*Dr. Lenora P. Gant*
Former Assistant Deputy Director of National Intelligence for Human Capital, Office of the Director of National Intelligence
Former Senior Executive for Academic Outreach and Science, Technology, Engineering, and Mathematics & Senior Advisor to the Research Directorate, National Geospatial-Intelligence Agency

*Paula Doyle*
Former Associate Deputy Director for Operations Technology, Central Intelligence Agency
Former Deputy National Counterintelligence Executive, Office of the Director of National Intelligence

*Teresa H. Shea*
Former Signals Intelligence Director, National Security Agency

*Michael Geffroy*
Former General Counsel, Senate Select Committee on Intelligence, United States Senate
Former Deputy Chief of Staff and Chief Counsel, Committee on Homeland Security, United States House of Representatives

*Geof Kahn*
Former Senior Advisor to the Director of Central Intelligence, Central Intelligence Agency
Former Policy Director & CIA Program Monitor, House Permanent Select Committee on Intelligence, United States House of Representatives

*Jamil N. Jaffer*
Former Chief Counsel & Senior Advisor, Senate Foreign Relations Committee, United States Senate
Former Associate Counsel to President George W. Bush, The White House

*Rick "Ozzie" Nelson*
Former Director, Joint Interagency Task Force, Joint Special Operations Command
Former Group Chief, National Counterterrorism Center

*Andrew Borene*
Former Senior Officer, Office of the Director of National Intelligence
Former Associate Deputy General Counsel, Department of Defense

*Edward Fishman*
Former Member, Policy Planning Staff, Office of the Secretary of State, United States Department of State
Former Russia and Europe Sanctions Lead, United States Department of State