ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024
Case No. 24-1113 (and consolidated cases)

# United States Court of Appeals for the District of Columbia Circuit

**TIKTOK INC. AND BYTEDANCE, LTD.,**

*Petitioners,*

v.

**MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,**

*Respondent.*

*caption continued on inside cover*

ON PETITIONS FOR REVIEW OF CONSTITUTIONALITY OF THE PROTECTING AMERICANS FROM FOREIGN ADVERSARY CONTROLLED APPLICATIONS ACT

**NOTICE OF INTENT TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF APPELLANTS FOR STATES OF MONTANA, VIRGINIA, ALABAMA, ALASKA, ARKANSAS, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KENTUCKY, LOUISIANA, MISSISSIPPI, MISSOURI, NEBRASKA, NEW HAMPSHIRE, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, AND UTAH**

**BRIAN FIREBAUGH, ET AL.,**

*Petitioners,*

v.

**MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,**

*Respondent.*

---

**BASED POLITICS INC.,**

*Petitioner,*

v.

**MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,**

*Respondent.*

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b) the undersigned counsel for the State of Montana, Virginia, et al., hereby file this notice of intent to participate as amici curiae in the above-captioned matter.

Respectfully submitted this 2nd day of August, 2024.

>AUSTIN KNUDSEN
>  *Attorney General of Montana*
>CHRISTIAN B. CORRIGAN
>  *Solicitor General*
>
>*/s/ Peter M. Torstensen, Jr.*
>PETER M. TORSTENSEN, JR.
>  *Deputy Solicitor General*
>MONTANA DEPARTMENT OF JUSTICE
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>(406) 444-2026
>peter.torstensen@mt.gov
>
>*Counsel for State of Montana*
>
>JASON S. MIYARES
>  *Attorney General of Virginia*
>ERIKA L. MALEY
>  *Solicitor General*
>
>*/s/ Kevin M. Gallagher*
>KEVIN M. GALLAGHER
>  *Principal Deputy Solicitor General*
>MICHAEL DINGMAN
>  *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, VA 23219
(406) 786-2071
EMaley@oag.state.va.gov

*Counsel for State of Virginia*

**ADDITIONAL COUNSEL FOR AMICI CURIAE:**

Steve Marshall
ALABAMA ATTORNEY GENERAL

Treg Taylor
ALAKSA ATTORNEY GENERAL

Tim Griffin
ARKANSAS ATTORNEY GENERAL

Ashley Moody
FLORIDA ATTORNEY GENERAL

Christopher M. Carr
GEORGIA ATTORNEY GENERAL

Raúl R. Labrador
IDAHO ATTORNEY GENERAL

Theodore E. Rokita
INDIANA ATTORNEY GENERAL

Brenna Bird
IOWA ATTORNEY GENERAL

Russell Coleman
KENTUCKY ATTORNEY GENERAL

Liz Murrill
LOUISIANA ATTORNEY GENERAL

Lynn Fitch
MISSISSIPPI ATTORNEY GENERAL

Andrew Bailey
MISSOURI ATTORNEY GENERAL

Michael T. Hilgers
NEBRASKA ATTORNEY GENERAL

John M. Formella
NEW HAMPSHIRE ATTORNEY GENERAL

Gentner F. Drummond
OKLAHOMA ATTORNEY GENERAL

Alan Wilson
SOUTH CAROLINA ATTORNEY GENERAL

Marty J. Jackley
SOUTH DAKOTA ATTORNEY GENERAL

Jonathan Skrmetti
TENNESSEE ATTORNEY GENERAL AND REPORTER

Sean D. Reyes
UTAH ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF System, which will serve, via e-mail notice of such filing to counsel of record registered as CM/ECF users.

/s/ *Peter M. Torstensen, Jr.*
PETER M. TORSTENSEN, JR.