# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., and BYTEDANCE LTD., *Petitioners*, v. MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *Respondent*. | No. 24-1113 (Lead) |
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING, *Petitioners*, v. MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *Respondent*. | No. 24-1130 |

|  |  |
|---|---|
| BASED POLITICS INC.,<br>      *Petitioner*,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>      *Respondent*. | No. 24-1183 |

# NOTICE OF JOINDER OF CREATOR PETITIONERS IN TIKTOK PETITIONERS' OPPOSITION TO RESPONDENT'S MOTION TO FILE MATERIALS *EX PARTE* AND CROSS-MOTION IN THE ALTERNATIVE FOR APPOINTMENT OF A SPECIAL MASTER

PLEASE TAKE NOTICE that Petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King ("Creator Petitioners") hereby join in the Opposition to the Government's Motion for Leave to Submit Classified Materials *Ex Parte* and Cross-Motion for Additional Relief ("Opposition") filed by Petitioners TikTok Inc. and ByteDance Ltd. ("TikTok Petitioners") on August 5, 2024. Creator Petitioners join, adopt as their own, and incorporate by reference the arguments raised in the Opposition.

1

DATED: August 5, 2024                    Respectfully submitted,

                                      */s/ Tim Cunningham*
Ambika Kumar
Tim Cunningham
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206)757-8030
Email: ambikakumar@dwt.com
       timcunningham@dwt.com

Elizabeth A. McNamara
Chelsea T. Kelly
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
Email: lizmcnamara@dwt.com
       chelseakelly@dwt.com

James R. Sigel
Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
Email: jamessigel@dwt.com
       adamsieff@dwt.com

Jeffrey L. Fisher
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025

>Telephone: (650) 473-2633
>Email: jfisher@omm.com
>
>*Attorneys for Creator Petitioners*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of D.C. Circuit Rule 27(c) because it contains 79 words, excluding the parts of the document exempted by Fed. R. App. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century font.

Dated: August 5, 2024   Respectfully submitted,

*/s/ Tim Cunningham*
Tim Cunningham
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
(206) 757-8030
timcunningham@dwt.com

*Counsel for Creator Petitioners*

4

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 5, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: August 5, 2024

*/s/ Tim Cunningham*
Tim Cunningham

*Counsel for Creator Petitioners*