CASE SCHEDULED FOR ORAL ARGUMENT SEPTEMBER 16, 2024

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., <br><br>and<br><br>BYTEDANCE LTD.,<br>     *Petitioners*,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>     *Respondent.* | No. 24-1113 (Lead) |
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING,<br>     *Petitioners*,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>     *Respondent.* | No. 24-1130 |

|  |  |
|---|---|
| BASED POLITICS INC., )<br>      *Petitioner*, )<br> )<br>v. )<br> )<br>MERRICK B. GARLAND, in his official )<br>capacity as Attorney General of the )<br>United States, )<br>      *Respondent*. )<br> ) | No. 24-1183 |

# NOTICE OF JOINDER OF CREATOR PETITIONERS IN TIKTOK PETITIONERS' REPLY IN SUPPORT OF CROSS-MOTION IN THE ALTERNATIVE FOR APPOINTMENT OF A SPECIAL MASTER

PLEASE TAKE NOTICE that Petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King ("Creator Petitioners") hereby join in the Reply in Support of Cross-Motion in the Alternative for Appointment of a Special Master ("Reply") filed by Petitioners TikTok Inc. and ByteDance Ltd. ("TikTok Petitioners") on August 22, 2024. Creator Petitioners join, adopt as their own, and incorporate by reference the arguments raised in the Reply.

1

DATED: August 22, 2024                Respectfully submitted,

              */s/ Adam S. Sieff*
              Ambika Kumar
              Tim Cunningham
              DAVIS WRIGHT TREMAINE LLP
              920 Fifth Avenue, Suite 3300
              Seattle, Washington 98104
              Telephone: (206)757-8030
              Email: ambikakumar@dwt.com
                 timcunningham@dwt.com

              Elizabeth A. McNamara
              Chelsea T. Kelly
              DAVIS WRIGHT TREMAINE LLP
              1251 Avenue of the Americas
              New York, New York 10020
              Telephone: (212) 489-8230
              Email: lizmcnamara@dwt.com
                 chelseakelly@dwt.com

              James R. Sigel
              Adam S. Sieff
              DAVIS WRIGHT TREMAINE LLP
              50 California Street, Suite 2300
              San Francisco, California 94111
              Telephone: (415) 276-6500
              Email: jamessigel@dwt.com
                 adamsieff@dwt.com

              Jeffrey L. Fisher
              O'MELVENY & MYERS LLP
              2765 Sand Hill Road
              Menlo Park, California 94025

Telephone: (650) 473-2633
Email: jfisher@omm.com

*Attorneys for Creator Petitioners*

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limit of D.C. Circuit Rule 27(c) because it contains 75 words, excluding the parts of the document exempted by Fed. R. App. 32(f).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century font.

Dated: August 22, 2024            Respectfully submitted,

*/s/ Adam S. Sieff*
Adam S. Sieff
DAVIS WRIGHT TREMAINE  LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
adamsieff@dwt.com

*Counsel for Creator Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 22, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: August 22, 2024

*/s/ Adam S. Sieff*
Adam S. Sieff

*Counsel for Creator Petitioners*
