**ORAL ARGUMENT SCHEDULED FOR
SEPTEMBER 16, 2024**

Nos. 24-1113, 24-1130, 24-1183

───────────────────────────────

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────────────────────

TIKTOK INC. and BYTEDANCE LTD.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States,

*Respondent*.

(*caption continued*)

───────────────────────────────

On Petitions for Review of the Protecting Americans from Foreign Adversary
Controlled Applications Act

───────────────────────────────

**NOTICE OF ERRATA**

───────────────────────────────

                Jonathan Berry
                Michael Buschbacher
                Jared M. Kelson
                James R. Conde
                Laura B. Ruppalt*
                BOYDEN GRAY PLLC
                800 Connecticut Ave NW, Suite 900
                Washington, DC 20006
                202-955-0620
                jkelson@boydengray.com

                *Admitted only in Virginia. Practice limited to matters before federal courts and federal agencies.

---

BRIAN FIREBAUGH et al.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent*.

---

BASED POLITICS, INC.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent*.

---

# NOTICE OF ERRATA

The undersigned counsel for *Amicus Curiae* American Free Enterprise Chamber of Commerce hereby provides notice of the following corrections to its Notice of Intent to Participate as *Amicus Curiae* in Support of Respondent, and Brief of *Amicus Curiae* in Support of Respondent, both filed on August 2, 2024. The signature blocks on those briefs for counsel from Boyden Gray PLLC should read:

> Jonathan Berry
> Michael Buschbacher
> Jared M. Kelson
> James R. Conde
> Laura B. Ruppalt*
> Caleb Orr
> BOYDEN GRAY PLLC
> 801 17th St NW, Suite 350
> Washington, DC 20006
> 202-955-0620
> jkelson@boydengray.com
>
> *Admitted only in Virginia. Practice
> limited to matters before federal courts
> and federal agencies.

Per instructions from the case management clerk, no corrected brief will be filed.

Dated: September 12, 2024

Respectfully submitted,

/s/ Jared M. Kelson
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
James R. Conde
Laura B. Ruppalt*
BOYDEN GRAY PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
202-955-0620
jkelson@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce*

*Admitted only in Virginia. Practice limited to matters before federal courts and federal agencies.

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), I hereby certify that *Amicus Curiae* American Free Enterprise Chamber of Commerce is a not-for-profit entity organized consistent with I.R.C. § 501(c)(6). It has no parent corporation, and no publicly held company has a 10% or greater ownership interest.

Dated: September 12, 2024  /s/ Jared M. Kelson
Jared M. Kelson

*Counsel for American Free Enterprise Chamber of Commerce*

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will serve all parties automatically.

Dated:  September 12, 2024         /s/ Jared M. Kelson
                                    Jared M. Kelson

                                    *Counsel for American Free Enterprise Chamber of Commerce*