# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                                                                                                **September Term, 2024**

DOJ-Pub. L. No. 118-50

Filed On: September 16, 2024 [2074835]

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

-----------------------------

Consolidated with 24-1130, 24-1183

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Ginsburg

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, September 16, 2024, at 9:33 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Andrew J. Pincus, counsel for TikTok Petitioners.

    Jeffrey L. Fisher, counsel for Creator Petitioners.

    Daniel Tenny (DOJ), counsel for Respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Anne A. Rothenberger
Deputy Clerk
