# United States Court of Appeals

District of Columbia Circuit
Washington, D.C.  20001-2866

Clifton B. Cislak
Clerk

January 3, 2025

General Information
(202) 216-7000

Scott S. Harris, Clerk
United States Supreme Court
One First Street, N.E.
Washington, D.C. 20543

Re:    Supreme Court No. 24-656, *TikTok Inc., et al. v. Merrick B. Garland, Attorney General* (Court of Appeals Nos. 24-1113, 24-1130, 24-1183)

Dear Mr. Harris:

Pursuant to your recent request, I write to advise you that the appellate court record for this case can be accessed on PACER through the court's website (www.cadc.uscourts.gov). Sealed portions of the record were transferred to the Supreme Court via Syncplicity. Regarding the classified portions of the record, we have contacted Daniel Hartenstine with the Litigation Security Group at the Department of Justice, who will coordinate the delivery of the classified material via a Classified Information Security Officer.

A copy of this court's docket, the oral argument transcript, and a complete list of sealed/classified documents are attached to this email. Because these cases are petitions for review of agency action filed directly with the Court of Appeals, there are no lower court records.

Kindly acknowledge receipt of this letter, the copies of the dockets, and the oral argument transcript.

Very truly yours,

Clifton B. Cislak
Clerk

BY: Lillian Wright
Deputy Clerk

cc: All counsel

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.