# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 17, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  TikTok Inc., et al.
           v. Merrick B. Garland, Attorney General
           No. 24-656
           (Your No. 24-1113)

Dear Clerk:

      The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

      The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

                                                Sincerely,

                                               **Scott S. Harris**, Clerk

                                               by