# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 18, 2025

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

      **Re:**  **TikTok Inc., et al.
v. Garland, Att'y Gen.
No. 24-656 (Your docket No. 24-1113)**

          *and*

          **Brian Firebaugh, et al.
v. Garland, Att'y Gen.
No. 24-657 (Your docket Nos. 24-1130, 24-1183, 24-1113)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 18, 2025

Mr. Noel John Francisco, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

Mr. Jeffrey L. Fisher, Esq.
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

Mr. Jacob H. Huebert, Esq.
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735

Ms. Sarah M. Harris, Esq.
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Re: **TikTok Inc., et al.**
**v. Garland, Att'y Gen.**
**No. 24-656 (Your docket No. 24-1113)**

*and*

**Brian Firebaugh, et al.**
**v. Garland, Att'y Gen.**
**No. 24-657 (Your docket Nos. 24-1130, 24-1183, 24-1113)**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled cases was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

cc: Clerk, D.C. Cir.
(Your docket Nos. 24-1130, 24-1183, 24-1113)

# Supreme Court of the United States

No. 24–656

**TIKTOK INC., ET AL.,**

Petitioners

v.

**MERRICK B. GARLAND, ATTORNEY GENERAL**

*and*

No. 24–657

**BRIAN FIREBAUGH, ET AL.,**

Petitioners

v.

**MERRICK B. GARLAND, ATTORNEY GENERAL**

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

January 17, 2025

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States