# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1113**　　　　　　　　　　　　　　　　**September Term, 2024**

**DOJ-Pub. L. No. 118-50**

**Filed On: February 28, 2025** [2103436]

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## M A N D A T E

In accordance with the judgment of December 6, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                          BY:   /s/
                                 Daniel J. Reidy
                                 Deputy Clerk

Link to the judgment filed December 6, 2024