# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**  **September Term, 2023**

**DOJ- 04/24/2024 Act**

**Filed On: May 7, 2024** [2053215]

TikTok Inc. and ByteDance Ltd.,

    Petitioners

  v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,,

    Respondent

## **N O T I C E**

    This case was docketed on May 7, 2024. The Department of Justice is hereby notified that the attached is a true copy of the petition for review, which was filed on May 7, 2024, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                      BY:    /s/
                                                    Erica M. Thorner
                                                    Deputy Clerk

Attachment:
    Certified Copy of Petition for Review