# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                              **September Term, 2023**

**DOJ- 04/24/2024 Act**

**Filed On: May 7, 2024** [2053219]

TikTok Inc. and ByteDance Ltd.,

       Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,,

       Respondent

## O R D E R

The petition for review in this case was filed and docketed on May 7, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 6, 2024 |
| Docketing Statement Form | June 6, 2024 |
| Procedural Motions, if any | June 6, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 6, 2024 |
| Statement of Issues to be Raised | June 6, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | June 6, 2024 |
| Dispositive Motions, if any | June 21, 2024 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                              **September Term, 2023**

| | |
|---|---|
| Entry of Appearance Form | June 6, 2024 |
| Procedural Motions, if any | June 6, 2024 |
| Certified Index to the Record | June 21, 2024 |
| Dispositive Motions, if any | June 21, 2024 |

It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

     The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

              BY:   /s/
                       Erica M. Thorner
                       Deputy Clerk

The following forms and notices are available on the Court's website:

     Agency Docketing Statement Form
     Entry of Appearance Form
     Request to Enter Appellate Mediation Program
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases