# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok Inc., et al.,

v.

Merrick Garland

**Case No:** 24-1113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Merrick Garland

### Counsel Information

**Lead Counsel:** Daniel Tenny

Direct Phone: (202) 514-1838  Fax: (   )   -   Email: daniel.tenny@usdoj.gov

**2nd Counsel:** Sharon Swingle

Direct Phone: (202) 353-2689  Fax: (   )   -   Email: sharon.swingle@usdoj.gov

**3rd Counsel:** Casen B. Ross

Direct Phone: (202) 514-1923  Fax: (   )   -   Email: casen.ross@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Avenue NW; Washington, DC 20530

**Firm Phone:** (   )   -   Fax: (   )   -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Entry of Appearance (continued)

4th Counsel: Sean R. Janda

Direct Phone: (202) 514-3388     Email: sean.r.janda@usdoj.gov

5th Counsel: Brian J. Springer

Direct Phone: (202) 616-5446     Email: brian.j.springer@usdoj.gov