# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                        **September Term, 2023**

**DOJ- Pub. L. No. 118-50**

**Filed On: May 15, 2024** [2054548]

TikTok Inc. and ByteDance Ltd.,

       Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

       Respondent

------------------------------

Consolidated with 24-1130

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case no. 24-1130 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 14, 2024 |
| Statement of Issues to be Raised | June 14, 2024 |

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                           BY:     /s/
                                         Erica M. Thorner
                                         Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form