# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., <br><br>and <br><br>BYTEDANCE LTD., <br><br>      *Petitioners*, <br><br>v. <br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br><br>      *Respondent*. | No. 24-1113 |
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING, <br><br>      *Petitioners*, <br><br>v. <br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br><br>      *Respondent*. | No. 24-1130 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES OF PETITIONERS TIKTOK INC. AND BYTEDANCE LTD.

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A) and to this Court's May 7, 2024, Order, Doc. No. 2053219, Petitioners TikTok Inc. and ByteDance Ltd. (the "TikTok Petitioners") certify as follows:

**Parties and Amici:** The parties to *TikTok Inc. v. Garland*, No. 24-1113, are petitioners TikTok Inc. and ByteDance Ltd. and respondent Merrick B. Garland, in his official capacity as Attorney General of the United States. The parties to the consolidated case, *Firebaugh v. Garland*, No. 24-1130, are petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King and respondent Merrick B. Garland, in his official capacity as Attorney General of the United States. No amicus curiae has appeared in either action. Because these petitions were filed directly in this Court, there were no district-court proceedings in either case.

**Rulings Under Review:** These petitions seek direct review of whether the Protecting Americans from Foreign Adversary Controlled Applications Act (H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April

24, 2024)) is constitutional. There are therefore no prior rulings under review.

**Related Cases:** These cases were not previously before this Court or any other court, nor is counsel for the TikTok Petitioners aware of any other case currently pending before this or any other court that is related to these cases within the meaning of Circuit Rule 28(a)(1)(C).

DATED: May 17, 2024    Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: aberengaut@cov.com

*Attorney for Petitioners TikTok Inc. and ByteDance Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on May 17, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: May 17, 2024

Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: aberengaut@cov.com

*Attorney for Petitioners TikTok Inc. and ByteDance Ltd.*