# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., and BYTEDANCE LTD., *Petitioners*, v. MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *Respondent*. | No. 24-1113 |
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING, *Petitioners*, v. MERRICK B. GARLAND, in his capacity as United States Attorney General, *Respondent*. | No. 24-1130 |

# CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES OF USER PETITIONERS

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A) and to this Court's May 7, 2024, Order, Doc. No. 2053219, Petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King ("User Petitioners") certify as follows.

**Parties and Amici:** The parties to Firebaugh v. Garland, No. 24-1130, are the User Petitioners and Respondent Merrick B. Garland, in his official capacity as Attorney General of the United States. The parties to the consolidated case, TikTok Inc. v. Garland, No. 24-1113, are Petitioners TikTok Inc. and ByteDance Ltd., and Respondent Garland, again in his official capacity as Attorney General of the United States. No amicus curiae has appeared in either action. Because these petitions were filed directly in this Court, there were no district-court proceedings in either case.

**Rulings Under Review:** These petitions seek direct review of whether the Protecting Americans from Foreign Adversary Controlled Applications Act (H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April 24, 2024)) is constitutional. There are no prior rulings under review.

**Related Cases:** These petitions were not previously before this Court or any other court, nor is counsel for the User Petitioners aware of any other case pending before this or any other court that is related to this petition within the meaning of

Circuit Rule 28(a)(1)(C).

Dated:   May 17, 2024

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Ambika Kumar*
     Ambika Kumar

| | |
|---|---|
| Ambika Kumar | Jeffrey L. Fisher |
| Tim Cunningham | O'MELVENY & MYERS LLP |
| DAVIS WRIGHT TREMAINE LLP | 2765 Sand Hill Road |
| 920 Fifth Avenue, Suite 3300 | Menlo Park, California 94025 |
| Seattle, Washington 98104 | (650) 473-2633 |
| (206) 757-8030 | jlfisher@omm.com |
| ambikakumar@dwt.com | |
| timcunningham@dwt.com | |

Elizabeth A. McNamara
Chelsea T. Kelly
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 489-8230
lizmcnamara@dwt.com
chelseakelly@dwt.com

James R. Sigel
Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
(415) 276-6500
jamessigel@dwt.com
adamsieff@dwt.com

*Attorneys for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on May 17, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: May 17, 2024  Respectfully submitted,

*/s/ Ambika Kumar*
Ambika Kumar

*Counsel for Petitioners*