# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. 24-1113
2. DATE DOCKETED: 05/07/2024
3. CASE NAME (lead parties only) TikTok Inc.     v.     Garland
4. TYPE OF CASE: ☐ District Ct - ○ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☒ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ○ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action     Bankruptcy     Tax
      Criminal     Adversary
      Miscellaneous     Ancillary
   b. Review is sought of:
      ☐ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge     Magistrate Judge
   d. Date of order(s) appealed (use date docketed):     e. Date notice of appeal filed:
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ● No   If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ● No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ● No
      If NO, why not?  Original proceeding filed in this Court in accordance with Pub. L. No. 118-50, Div. H, § 3(a)-(b).
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #     ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes  ○ No  If YES, give each case's court and case name, and docket number:
      Firebaugh v. Garland, No. 24-1130 (D.C. Cir. May 14, 2024).
   k. Does this case turn on validity or correct interpretation or application of a statute? ● Yes ○ No
      If YES, give popular name and citation of statute  Protecting Americans From Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, Div. H, 138 Stat. 895 (2024).
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No   If so, provide program name and participation dates

Signature   /s/ Alexander A. Berengaut     Date  June 6, 2024
Name of Party  TikTok Inc. and ByteDance Ltd.
Name of Counsel for Appellant/Petitioner  Alexander A. Berengaut
Address  Covington & Burling LLP, 850 Tenth St. NW, Washington DC 20001
Phone ( 202 )  662-5367     Fax ( 202 )  778-5367

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 6, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: June 6, 2024          Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut

*Counsel for Petitioners*