# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| TIKTOK INC., <br><br> and <br><br> BYTEDANCE LTD., <br><br> *Petitioners,* <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br><br> *Respondent.* | No. 24-1113 |

## STATEMENT OF ISSUES

Pursuant to the Court's order of May 7, 2024, Petitioners TikTok Inc. and ByteDance Ltd. respectfully submit the following non-binding statement of the issues presented for review, without waiving their right to modify these issues or raise additional ones:

1. Whether the Protecting Americans From Foreign Adversary Controlled Applications Act (the "Act") violates the First Amendment.

2. Whether the Act violates the Bill of Attainder Clause.

3. Whether the Act violates the equal protection component of the Fifth Amendment's Due Process Clause.

4. Whether the Act violates the Fifth Amendment's Takings Clause.

5. Whether the Court should declare the Act unconstitutional and enjoin its enforcement.

| | |
|---|---|
| DATED: June 6, 2024 | Respectfully submitted, |
| | */s/ Alexander A. Berengaut* |
| Andrew J. Pincus | Alexander A. Berengaut |
| Avi M. Kupfer | David M. Zionts |
| MAYER BROWN LLP | Megan A. Crowley |
| 1999 K Street, NW | COVINGTON & BURLING LLP |
| Washington, DC 20006 | One CityCenter |
| Telephone: (202) 263-3220 | 850 Tenth Street, NW |
| Email: | Washington, DC 20001 |
| apincus@mayerbrown.com | Telephone: (202) 662-6000 |
| akupfer@mayerbrown.com | Email:  aberengaut@cov.com |
| | dzionts@cov.com |
| | mcrowley@cov.com |
| | |
| | John E. Hall |
| | Anders Linderot |
| | COVINGTON & BURLING LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, New York 10018 |
| | Telephone: (212) 841-1000 |
| | Email:  jhall@cov.com |
| | alinderot@cov.com |
| | |
| | *Counsel for Petitioners* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 6, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: June 6, 2024            Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut

*Counsel for Petitioners*