# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-1130
2. DATE DOCKETED: 05/14/2024
3. CASE NAME (lead parties only) Firebaugh, et al.    v.    Garland
4. TYPE OF CASE: ☐ District Ct - ☐ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☒ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action                 Bankruptcy                     Tax
      Criminal                     Adversary
      Miscellaneous                Ancillary
   b. Review is sought of:
      ☐ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge                                    Magistrate Judge
   d. Date of order(s) appealed (use date docketed):    e. Date notice of appeal filed:
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No    If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No
      If NO, why not? Original proceeding filed in this Court in accordance with Pub. L. No. 118-50, Div. H, § 3(a)-(b).
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal #    ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☒ Yes ☐ No If YES, give each case's court and case name, and docket number:
      TikTok Inc. v. Garland, No. 24-1113 (D.C. Cir. May 7, 2024)
   k. Does this case turn on validity or correct interpretation or application of a statute? ☒ Yes ☐ No
      If YES, give popular name and citation of statute Protecting Americans from Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, 138 Stat. 895, Div. H (2024).
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No   If so, provide program name and participation dates

Signature */s/ Ambika Kumar*    Date June 6, 2024
Name of Party Firebaugh, Sexton, Cadet, Martin, Spann, Tran, Townsend, King
Name of Counsel for Appellant/Petitioner Ambika Kumar
Address Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, Washington 98104
Phone ( 206 )  757-8030    Fax ( 206 )  757-7030

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 6, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: June 6, 2024

*/s/ Ambika Kumar*
Ambika Kumar

*Counsel for Petitioners*