# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Brian Firebaugh, et al.

**v.**

Merrick B. Garland

**Case No:** 24-1130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Brian Firebaugh | Chloe Joy Sexton |
| Talia Cadet | Timothy Martin |
| Kiera Spann | Paul Tran |
| Christopher Townsend | Steven King |

### Counsel Information

**Lead Counsel:** Xiang Li (Bar No. 65335)

**Direct Phone:** ( 206 ) 757-8364  **Fax:** ( 206 ) 757-7700  **Email:** xiangli@dwt.com

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Davis Wright Tremaine LLP

**Firm Address:** 920 Fifth Avenue, Suite 3300, Seattle, WA 98104

**Firm Phone:** ( 206 ) 622-3150  **Fax:** ( 206 ) 757-7700  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)