

O'Melveny & Myers LLP  
2765 Sand Hill Road  
Menlo Park, CA 94025-7019

T: +1 650 473 2600  
F: +1 650 473 2601  
omm.com

File Number:  
0126078-00014

June 10, 2024

**Jeffrey L. Fisher**  
D: +1 650 473 2633  
jlfisher@omm.com

Clerk of the Court  
U.S. Court of Appeals for the D.C. Circuit  
430 E Street, NW  
Washington, DC 20001

**Re:** *Firebaugh v. United States*, Case No. 24-1130 (consolidated with *TikTok. Inc. v. United States*, No. 24-1113)

Dear Clerk:

On May 28, 2024, this Court issued an order establishing a briefing schedule in these cases and directing the Clerk's office to set the cases for oral argument in September. I will present oral argument for Petitioners in Case No. 24-1130. Accordingly, I wish to advise the Court that it would be very difficult for me to appear before the Court during the week of September 23. That is because, in addition to my work on cases such as this one through O'Melveny & Myers, I also am a professor at Stanford Law School, where I co-direct the Stanford Supreme Court Litigation Clinic. The fall teaching quarter begins September 23, and I have classes and other teaching-related obligations scheduled every day that week.

I have also conferred with Andrew Pincus, who will be presenting oral argument for Petitioners in Case No. 24-1113. He has no conflicts during the week of September 16.

Thank you for your consideration. Please let me know if can provide any additional information.

Sincerely,

*/s/ Jeffrey L. Fisher*

Jeffrey L. Fisher

cc: All Counsel