# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**  September Term, 2023

DOJ-Pub. L. No. 118-50

**Filed On:** June 13, 2024

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130

    **BEFORE:**    Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motions of Patrick Booker to intervene and the joint motion for entry of protective order, it is

**ORDERED** that the motions to intervene be denied. Booker has not demonstrated that he has any legally protected interest that would potentially be impaired by this litigation. See Deutsche Bank Nat. Tr. Co. v. F.D.I.C., 717 F.3d 189, 191-93 (D.C. Cir. 2013). Nor has Booker shown that he has a statutory right to intervene or that he has a claim that shares a common question of law or fact with the parties' anticipated claims and defenses in these consolidated cases. It is

**FURTHER ORDERED** that the protective order, as amended by the court, be entered.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Selena R. Gancasz
            Deputy Clerk