# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1113** | **September Term, 2023** |
| | **DOJ-Pub. L. No. 118-50** |
| | **Filed On:** June 18, 2024 |

TikTok Inc. and ByteDance Ltd.,

      Petitioners

      v.

Merrick B. Garland, in his official capacity as
Attorney General of the United States,

      Respondent

------------------------------

Consolidated with 24-1130

_____

**No. 24-1183**

BASED Politics Inc.,

      Petitioner

      v.

Merrick B. Garland, in his official capacity as
Attorney General of the United States,

      Respondent

## O R D E R

Upon consideration of the joint motion to consolidate and to modify the briefing schedule, it is

**ORDERED** that the motion to consolidate No. 24-1113, et al., with No. 24-1183 be granted. It is

**FURTHER ORDERED** that the following revised briefing format and schedule will apply to these cases:

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**  **September Term, 2023**

| | |
|---|---|
| Brief of TikTok Petitioners<br>(not to exceed 13,000 words) | June 20, 2024 |
| Brief of Creator Petitioners<br>(not to exceed 13,000 words) | June 20, 2024 |
| Brief of Petitioner BASED Politics<br>(not to exceed 6,500 words) | June 27, 2024 |
| Briefs of Amici Supporting Petitioners<br>or Supporting Neither Party, if any<br>(not to exceed 6,500 words) | June 27, 2024 |
| Brief of Respondent<br>(not to exceed 19,500 words) | July 26, 2024 |
| Briefs of Amici Supporting Respondent, if any<br>(not to exceed 6,500 words) | August 2, 2024 |
| Reply Brief of TikTok Petitioners<br>(not to exceed 6,500 words) | August 15, 2024 |
| Reply Brief of Creator Petitioners<br>(not to exceed 6,500 words) | August 15, 2024 |
| Reply Brief of Petitioner BASED Politics<br>(not to exceed 3,250 words) | August 15, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk