# UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT

AUDIO/VIDEO SUBMISSION FORM

Case Number and Caption: 24-1130, Brian Firebaugh et al. v. Merrick Garland Consolidated With No. 24-1113

Name of Party Filer: Petitioners

Docket Entry Associated With the File(s): Addendum to Opening Brief of Creator Petitioners

Types of Files (check all that apply):

- [✔] Video(s) with audio track
- [ ] Video(s) with no audio track
- [ ] Audio file(s)

| File Name | Format of File | Sealed |
|---|---|---|
| Cadet Video A | MP4 | ☐ |
| Cadet Video B | MP4 | ☐ |
| Cadet Video C | MP4 | ☐ |
| Cadet Video D | MP4 | ☐ |
| Firebaugh Video A | MP4 | ☐ |
| Firebaugh Video B | MP4 | ☐ |
| Firebaugh Video C | MP4 | ☐ |
| Firebaugh Video D | MP4 | ☐ |
| Firebaugh Video E | MP4 | ☐ |
| King Video A | MP4 | ☐ |
| King Video B | MP4 | ☐ |

(*Use additional pages if needed.*)

I, the undersigned, hereby certify that the listed digital files have been scanned and found to contain no known viruses and that each file is in an acceptable format (.wav, .avi, .mp3, .mp4, or .wmv).

Name of counsel or pro se litigant: Ambika Kumar

Signature: /s/ Ambika Kumar     Date: 6/20/2024

| File Name | Format of File | Sealed |
|---|---|---|
| King Video C | MP4 | No |
| Martin Video A | MP4 | No |
| Martin Video B | MP4 | No |
| Martin Video C | MP4 | No |
| Sexton Video A | MP4 | No |
| Sexton Video B | MP4 | No |
| Sexton Video C | MP4 | No |
| Spann Video A | MP4 | No |
| Townsend Video A | MP4 | No |
| Townsend Video B | MP4 | No |
| Tran Video A | MP4 | No |
| Tran Video B | MP4 | No |
| Instagram Video Congressman Krishnamoorthi | MP4 | No |