# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok Inc., et al.,

v.

Merrick B. Garland

**Case No:** 24-1113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

TikTok Inc.

ByteDance Ltd.

### Counsel Information

**Lead Counsel:** (This appearance is in addition to counsel that have already appeared on behalf of Petitioners)

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

**2nd Counsel:** Megan A. Crowley

Direct Phone: (202) 662-5112  Fax: (___) _____  Email: MCrowley@cov.com

**3rd Counsel:**

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

**Firm Name:** Covington & Burling LLP

**Firm Address:** One CityCenter, 850 10th Street, NW, Washington, DC 20001-4956

**Firm Phone:** (202) 662-6000  Fax: (___) _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Counsel Information (continued)

Alexander A. Berengaut (Counsel of Record)
Direct Phone: (202) 662-5367
Email: aberengaut@cov.com
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
Firm Phone: (202) 662-6000

John E. Hall
Direct Phone: (212) 841-1218
Email: jhall@cov.com
Covington & Burling LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
Firm Phone: (212) 841-1000

David M. Zionts
Direct Phone: (202) 662-5987
Email: dzionts@cov.com
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
Firm Phone: (202) 662-6000

Andrew J. Pincus
Direct Phone: (202) 263-3220
Email: apincus@mayerbrown.com
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
Firm Phone: (202) 263-3000

Avi Kupfer
Direct Phone: (312) 701-8330
Email: AKupfer@mayerbrown.com
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Firm Phone: (312) 782-0600