**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024**
Case No. 24-1113 (and consolidated cases)

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

TIKTOK INC. ET AL,

*Petitioners,*

*v.*

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent.*

On Petitions For Review of the Constitutionality of the Protecting Americans From Foreign Adversary Controlled Applications Act

## NOTICE OF INTENT OF PROFESSOR MATTHEW STEILEN TO FILE AN AMICUS BRIEF IN SUPPORT OF PETITIONERS

Aaron D. Van Oort
John L. Rockenbach
William MacKinnon Morrow
FAEGRE DRINKER
BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

Kirstin L. Stoll-DeBell
FAEGRE DRINKER
BIDDLE & REATH LLP
Unit 3400
1144 Fifteenth Street
Denver, CO 80202
(303) 941-8888

June 26, 2024

*Counsel for Amicus Curiae*

## **NOTICE OF INTENT TO FILE AMICUS BRIEF**

Pursuant to Fed. R. App. P. 29(a), D.C. Circuit Rule 29(b), Professor Matthew Steilen represents that he intends to participate in this case as amicus curiae. Petitioners and Respondents have consented to the filing of his amicus brief.

Matthew Steilen is a professor at the University at Buffalo School of Law, State University of New York. He teaches and writes about constitutional law and legal history, with a focus on legislative attainders. He has a strong interest in the sound development of these fields.

Amicus respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(b). Amicus intends to file his brief no later than June 27, 2024, in accordance with D.C. Circuit Rule 29(c).

In addition, pursuant to D.C. Circuit Rule 29(d), amicus has worked to consolidate his arguments into a single brief. Amicus has also coordinated with other amici to ensure that there is no overlap in the issues raised, to the greatest extent possible.

Dated: June 26, 2024                Respectfully submitted,

*s/Aaron D. Van Oort*
Aaron D. Van Oort
John L. Rockenbach
William MacKinnon Morrow
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

Kirstin L. Stoll-DeBell
FAEGRE DRINKER BIDDLE & REATH LLP
Unit 3400
1144 Fifteenth Street
Denver, CO 80202
(303) 941-8888
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024 a copy of the foregoing notice was filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will cause a notice of electronic filing to be served on all registered counsel of record.

*s/Aaron D. Van Oort*
Aaron D. Van Oort
