# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok Inc., et al

**v.** Merrick Garland

**Case No:** 24-1113 (24-1130, 24-1183)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| Electronic Frontier Foundation | Center for Democracy and Technology |
| Freedom of the Press Foundation | First Amendment Coalition |
| TechFreedom | Freedom to Read Foundation |
| Media Law Resource Center, Inc. | |

### Counsel Information

**Lead Counsel:** David Greene

**Direct Phone:** (415) 436-9333   **Fax:** (415) 436-9993   **Email:** davidg@eff.org

**2nd Counsel:**

**Direct Phone:** (  ) -   **Fax:** (  ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** (  ) -   **Fax:** (  ) -   **Email:**

**Firm Name:** Electronic Frontier Foundation

**Firm Address:** 815 Eddy Street, San Francisco, CA 94117

**Firm Phone:** (415) 436-9333   **Fax:** (415) 436-9993   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ]   [ Reset Form ]   [ Print Form ]