# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Tiktok Inc. and Bytedance Ltd.

**v.**

Merrick B. Garland                          **Case No:** 2024-01113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

HungryPanda US, Inc.

### Counsel Information

Lead Counsel: Edward Andrew Paltzik, Esq.

Direct Phone: ( 516 )  526-0341  Fax: (____) ____-____    Email: edward@bochner.law

2nd Counsel:  Serge Krimnus, Esq.

Direct Phone: ( 646 )  971-0685  Fax: (____) ____-____    Email: serge@bochner.law

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____    Email:

Firm Name:  Bochner PLLC

Firm Address: 1040 Avenue of the Americas, 15th Fl. New York, NY 10018

Firm Phone: ( 646 )  971-0685  Fax: (____) ____-____    Email: ecf@bochner.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)