# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok et al

v.

Merrick Garland

**Case No:** 24-1113 (24-1130, 24-1183)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Professor Matthew Steilen

### Counsel Information

**Lead Counsel:** Aaron D. Van Oort

**Direct Phone:** (612) 766-8138   Fax: ( ) -   **Email:** aaron.vanoort@faegredrinker.com

**2nd Counsel:** John L. Rockenbach

**Direct Phone:** (612) 766-1658   Fax: ( ) -   **Email:** john.rockenbach@faegredrinker.com

**3rd Counsel:**

**Direct Phone:** ( ) -   Fax: ( ) -   **Email:**

**Firm Name:** Faegre Drinker Biddle & Reath LLP

**Firm Address:** 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, U

**Firm Phone:** (612) 766-7000   Fax: ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)