# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BASED POLITICS, INC., <br>     *Petitioner,* <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br>     *Respondent.* | No. 24-1183 |
| TIKTOK INC. and BYTEDANCE LTD., <br>     *Petitioners,* <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br>     *Respondent.* | No. 24-1113 |

| | |
|---|---|
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING,<br>　　　*Petitioners,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>　　　*Respondent.* | No. 24-1130 |

# MOTION FOR LEAVE TO FILE BRIEF OUT OF TIME INSTANTER

Petitioner BASED Politics Inc. respectfully moves this Court for leave to file its primary brief *instanter*. In support Petitioner states:

　　1. On June 18, 2024, this Court entered a revised briefing schedule in this case setting a deadline of June 27, 2024 for Petitioner BASED Politics, Inc.—which filed its petition in this case on June 6, 2024—to file its brief.

　　2. Petitioner BASED Politics has failed to meet that deadline by less than one hour. It anticipates that it will file this motion, with its brief

2

and appendix attached, at approximately 12:35 a.m. EDT on June 28, 2024.

3. The explanation for this untimely filing is that Petitioner's undersigned counsel simply underestimated the time it would take to finalize the brief for filing.

4. Petitioner respectfully asks the Court for leave to file the motion instanter. The slightly untimely filing will not cause any delay in this case or any prejudice to any party.

|  |  |
|---|---|
|  | Respectfully submitted, |
| June 28, 2024 | /s/ Jacob Huebert<br>LIBERTY JUSTICE CENTER<br>13341 W. U.S. Highway 290<br>Building 2<br>Austin, Texas 78737<br>512-481-4400<br>jhuebert@ljc.org<br><br>*Counsel for Petitioner*<br>*BASED Politics, Inc.* |

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 28, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

June 28, 2024                              /s/ Jacob Huebert
                                           LIBERTY JUSTICE CENTER
                                           13341 W. U.S. Highway 290
                                           Building 2
                                           Austin, Texas 78737
                                           512-481-4400
                                           jhuebert@ljc.org

                                           *Counsel for Petitioner*
                                           *BASED Politics, Inc.*