No. 24-1113 September Term, 2023

DOJ-Pub. L. No. 118-50

Filed On: July 9, 2024

TikTok Inc. and ByteDance Ltd.,

    Petitioners

  v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## O R D E R

    Upon consideration of the brief of amici curiae Foundation for Individual Rights and Expression, Institute for Justice, and Reason Foundation in support of petitioners, it is

    **ORDERED** that the brief be stricken. See D.C. Cir. Rule 29(b) (an amicus brief will not be accepted if the participation would result in recusal of a member of the panel that has been assigned to the case). The Clerk is directed to note the docket accordingly.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                             BY:    /s/
                                          Michael C. McGrail
                                          Deputy Clerk