# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                      **September Term, 2023**

DOJ-Pub. L. No. 118-50

**Filed On: July 17, 2024** [2065142]

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130, 24-1183

### O R D E R

    Upon consideration of the motion of petitioner BASED Politics, Inc. for leave to file its brief out of time *instanter*, and the lodged brief, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged petitioner's brief.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk
BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk