ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*,<br><br>Petitioners,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>Respondent. | No. 24-1113 (consol. with Nos. 24-1130, 24-1183) |

**NOTICE**

The government hereby provides notice that it is filing today amended versions of two of the documents that the government originally filed on Friday, July 26: the notice regarding hearing transcripts and respondent's public redacted brief. The amended notice corrects one misstatement regarding the restrictions placed on the classified transcript of a briefing before two Senate committees. The amended brief reflects two changes. First, as a result of technological restrictions on the handling of classified information, pages 18-58 of the brief filed on July 26 were generated by scanning printed versions of those pages. The amended brief replaces pages 18-58 with pages generated from a native file. Second, since the

filing of the government's brief, the government has obtained authorization to lift redactions in one paragraph, spanning pages 47 and 48. The amended brief thus lifts those redactions and corresponding redactions in the Table of Authorities.

                              Respectfully submitted,

                              BRIAN M. BOYNTON
                                *Principal Deputy Assistant Attorney General*
                              BRIAN D. NETTER
                                *Deputy Assistant Attorney General*

                              MARK R. FREEMAN
                              SHARON SWINGLE
                              DANIEL TENNY
                              CASEN B. ROSS

                              */s/ Sean R. Janda*
                              SEAN R. JANDA
                              BRIAN J. SPRINGER
                                *Attorneys, Appellate Staff*
                                *Civil Division, Room 7260*
                                *U.S. Department of Justice*
                                *950 Pennsylvania Avenue NW*
                                *Washington, DC 20530*
                                *(202) 514-3388*
                                *sean.r.janda@usdoj.gov*