**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024**

United States Court of Appeals for
the District of Columbia Circuit

**No. 24-1113**

(and Consolidated Cases Nos. 24-1130 & 24-1183)

TIKTOK INC. and BYTEDANCE LTD.,

*Petitioners,*

*v.*

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States,

*Respondent.*

(Caption Continued on Inside Cover)

On Petition for Review of the Protecting Americans from
Foreign Adversary Controlled Applications Act

**NOTICE OF INTENT TO FILE BY
THE FOUNDATION FOR DEFENSE OF DEMOCRACIES
AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENT**

Peter C. Choharis
Arnon D. Siegel
The Choharis Law Group, PLLC
1300 19th Street, NW, Suite 620
Washington, DC 20036
(202) 587-4478
peter@choharislaw.com
*Counsel for Amicus Curiae*

August 2, 2024

BRIAN FIREBAUGH, *et al.*,

*Petitioners,*

*v.*

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States,

*Respondent.*

BASED POLITICS INC.,

*Petitioner,*

*v.*

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States,

*Respondent.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and this Court's Rule 26.1, the Foundation for Defense of Democracies states that it has no parent corporations and that no publicly held entity owns ten percent (10%) or more of it.

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and this Court's Rule 29(b), the Foundation for Defense of Democracies represents that it intends to participate as an *amicus curiae* in support of Respondent. Petitioners and Respondent in all cases have consented to the filing of an amicus brief.

The Foundation for Defense of Democracies (FDD) is a nonpartisan 501(c)(3) research institute based in Washington, D.C., and focusing on national security and foreign policy. FDD conducts in-depth research, produces accurate and timely analyses, identifies illicit activities, and provides policy options – all with the aim of strengthening the national security of the United States and reducing or eliminating threats posed by adversaries and enemies of the United States and other free nations. FDD does not accept donations from any foreign governments. For more information, visit [www.fdd.org](www.fdd.org).

## CIRCUIT RULE 29(D) STATEMENT

The Foundation for Defense of Democracies certifies that it is not aware of any other amicus brief addressing the subject of this brief, specifically the grave national security threats that TikTok and ByteDance pose to our nation. A separate

2

brief is therefore necessary to permit FDD to offer its perspectives on the issues before the Court.

Respectfully submitted,

/s/ Peter C. Choharis
Peter C. Choharis
Arnon D. Siegel
THE CHOHARIS LAW GROUP, PLLC
1300 19th Street, NW, Suite 620
Washington, DC 20036
(202) 587-4478
peter@choharislaw.com

*Counsel for Amicus Curiae*
*Foundation for Defense of Democracies*