# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok Inc. and ByteDance Ltd.

v.

Garland

**Case No:** 24-1113, 24-1130, 24-1183

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Ajit V. Pai

Thomas P. Feddo

### Counsel Information

**Lead Counsel:** Thomas M. Johnson, Jr.

**Direct Phone:** (202) 719-7000   Fax: (___) ___-____   **Email:** tmjohnson@wiley.law

**2nd Counsel:** Jeremy J. Broggi

**Direct Phone:** (202) 719-7000   Fax: (___) ___-____   **Email:** jbroggi@wiley.law

**3rd Counsel:** Michael J. Showalter

**Direct Phone:** (202) 719-7000   Fax: (___) ___-____   **Email:** mshowalter@wiley.law

**Firm Name:** Wiley Rein LLP

**Firm Address:** 2050 M Street NW, Washington, D.C. 20036

**Firm Phone:** (202) 719-7000   Fax: (___) ___-____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)