ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

Nos. 24-1113, 24-1130, 24-1183

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

TIKTOK INC. and BYTEDANCE LTD.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States,

*Respondent*.

(*caption continued*)

_____

On Petitions for Review of the Protecting Americans from Foreign Adversary
Controlled Applications Act

_____

**NOTICE OF INTENT TO PARTICIPATE AS *AMICUS CURIAE* FOR
AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE
IN SUPPORT OF RESPONDENT**

_____

| | |
|---|---|
| William P. Barr<br>TORRIDON LAW PLLC<br>2311 Wilson Blvd, Suite 640<br>Arlington, VA 22201<br><br>*Counsel for American Free Enterprise Chamber of Commerce* | Jonathan Berry<br>Michael Buschbacher<br>Jared M. Kelson<br>James R. Conde<br>Laura B. Ruppalt<br>Caleb Orr<br>BOYDEN GRAY PLLC<br>801 17th St NW, Suite 350<br>Washington, DC 20006<br>202-955-0620<br>jkelson@boydengray.com |

———————————————————

BRIAN FIREBAUGH et al.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent*.

———————————————————

BASED POLITICS, INC.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent*.

———————————————————

# NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), American Free Enterprise Chamber of Commerce represents that it intends to participate in this case as amicus curiae. Petitioners and Respondent consent to the filing of this amicus brief.

Dated: August 2, 2024

William P. Barr
TORRIDON LAW PLLC
2311 Wilson Blvd, Suite 640
Arlington, VA 22201

Respectfully submitted,

/s/ Jared M. Kelson
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
James R. Conde
Laura B. Ruppalt
Caleb Orr
BOYDEN GRAY PLLC
801 17th St NW, Suite 350
Washington, DC 20006
202-955-0620
jkelson@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce*

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), I hereby certify that *Amicus Curiae* American Free Enterprise Chamber of Commerce is a not-for-profit entity organized consistent with I.R.C. § 501(c)(6). It has no parent corporation, and no publicly held company has a 10% or greater ownership interest.

Dated: August 2, 2024            /s/ Jared M. Kelson
                                 Jared M. Kelson

                                 *Counsel for American Free Enterprise Chamber of Commerce*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will serve all parties automatically.

Dated: August 2, 2024                             /s/ Jared M. Kelson
                                                  Jared M. Kelson

                                                  *Counsel for American Free Enterprise Chamber of Commerce*