# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TIKTOK INc. and BYTEDANCE LTD

v.

MERRICK B. GARLAND

**Case No:** 24-1113, 24-1130. 24-1183

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Foundation for Defense of Democracies

### Counsel Information

**Lead Counsel:** Peter C. Choharis

**Direct Phone:** (202) 587-4478  Fax: (   )  **Email:** peter@choharislaw.com

**2nd Counsel:** Arnon D. Siegel

**Direct Phone:** (202) 460-4236  Fax: (   )  **Email:** arnon.siegel@gmail.com

**3rd Counsel:**

**Direct Phone:** (   )   Fax: (   )  **Email:**

**Firm Name:** The Choharis Law Group, PLLC

**Firm Address:** 1300 19th Street, NW, Suite 620, Washington, DC 20036

**Firm Phone:** (202) 587-4478  **Fax:** (202) 318-2340  **Email:** peter@choharislaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)