**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024**

# United States Court of Appeals for the District of Columbia Circuit

### No. 24-1113

(and Consolidated Cases 24-1130 & 24-1183)

TIKTOK INC. and BYTEDANCE LTD.,

*Petitioners,*

*v.*

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent.*

*(For Continuation of Caption See Inside Cover)*

*On Petition for Review of Constitutionality of the Protecting Americans from Foreign Adversary Controlled Applications Act*

## NOTICE OF INTENT TO PARTICIPATE AS *AMICI CURIAE* FOR ZEPHYR TEACHOUT, MARK MEADOR, MATTHEW STOLLER, AND JOEL THAYER IN SUPPORT OF RESPONDENT

JOEL L. THAYER
THAYER, PLLC
1255 Union Street, 7th Floor
Washington, D.C. 20002
jthayer@thayer.tech
(760) 668-0934

*Counsel for Amici Curiae*

August 8, 2024

CP COUNSEL PRESS    (800) 4-APPEAL • (331583)

BRIAN FIREBAUGH, *et al.*,

*Petitioners,*

*v.*

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent.*

---

BASED POLITICS INC.,

*Petitioner,*

*v.*

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent.*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), Zephyr Teachout, Mark Meador, Matthew Stoller, and Joel Thayer (together "amici") intend to participate as an *Amici Curiae* in support of Respondent. Petitioners and Respondent have consented to the filing of this amicus brief.

Dated: August 8, 2024

Respectfully submitted,

*/s/ Joel L. Thayer*
Joel L. Thayer
Thayer, PLLC
1255 Union Street, 7th Floor
Washington, D.C. 20002
JThayer@thayer.tech
p. (760) 668-0934

*Attorney for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, amici state that they have no parent corporations and that no publicly held company owns ten percent (10%) or more of any amici's organizations.

Dated: August 8, 2024

Respectfully submitted,

*/s/ Joel L. Thayer*
Joel L. Thayer

*Attorney for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will serve all parties automatically.

Dated: August 8, 2024

Respectfully submitted,

*/s/ Joel L. Thayer*
Joel L. Thayer

*Attorney for Amici Curiae*