[ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., <br><br> Petitioners, <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br><br> Respondent. | No. 24-1113 (consol. with Nos. 24-1130, 24-1183) |

## NOTICE OF FILING REDACTED TRANSCRIPT

The government hereby provides notice of the filing of an unclassified, redacted transcript of a House Energy and Commerce Committee hearing related to the statute at issue in these petitions for review. As the government previously explained, *see* Am. Notice Regarding Hearing Tr., Congress conducted a number of classified sessions, including one classified committee hearing, in connection with its consideration of the Protecting Americans from Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, div. H, 138 Stat. 955 (2024). The Department of Justice has received the transcript of the classified hearing from Congress. Although the government did not rely on the transcript in its brief, the

government determined that it would be appropriate for purposes of transparency and completeness to file on the public docket any unclassified portions of the transcript.

   The appropriate officials in the intelligence community have now completed a preliminary review of the transcript to identify unclassified information therein, and a redacted, unclassified version of the transcript is attached to this notice. If a more detailed review results in the determination that additional information is unclassified, the government intends to file at that time an updated public, redacted version of the transcript to reflect that new determination.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

BRIAN D. NETTER
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
DANIEL TENNY
CASEN B. ROSS

 */s/ Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3388*
  *sean.r.janda@usdoj.gov*

3