# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-1113                            September Term, 2024

DOJ-Pub. L. No. 118-50

Filed On: September 4, 2024 [2073123]

TikTok Inc. and ByteDance Ltd.,

      Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

      Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 16, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| TikTok Petitioners | - | 15 Minutes |
| Creator Petitioners | - | 5 Minutes |
| Petitioner BASED Politics | - | 5 Minutes |
| Respondent | - | 25 Minutes |

The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 6, 2024.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                         BY:     /s/
                                         Michael C. McGrail
                                         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)