# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BASED POLITICS, INC.,<br>    *Petitioner,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>    *Respondent.* | No. 24-1183 |
| TIKTOK INC. and BYTEDANCE LTD.,<br>    *Petitioners,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>    *Respondent.* | No. 24-1113 |

| | |
|---|---|
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING,<br>　　　*Petitioners,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>　　　*Respondent.* | No. 24-1130 |

## NOTICE REGARDING ALLOCATION OF ORAL ARUGMENT TIME

Petitioner Based Politics, Inc. submits this notice regarding the Court's allocation of oral argument time in the above-captioned matters.

In an order issued September 4, 2024, the Court allocated 15 minutes of argument time to the TikTok Petitioners, five minutes to the Creator Petitioners, and five minutes to BASED Politics.

Petitioner BASED Politics had previously agreed to cede its argument time to the Creator Petitioners—if the Court were to allow it—because the arguments presented in the brief of BASED Politics are substantially identical to arguments presented in the Creator Petitioners' brief, and

2

counsel for the respective Petitioners agree that they prefer a single argument on behalf of all TikTok creator Petitioners.

Accordingly, Petitioner BASED Politics gives notice that it is willing to cede its five minutes of argument time to the Creator Petitioners if the Court finds that agreeable.

If, however, the Court prefers to hear separately from BASED Politics, counsel for BASED Politics is prepared to present five minutes of argument as provided in the Court's order allocating argument time.

September 6, 2024                                Respectfully submitted,

/s/ Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jhuebert@ljc.org

*Counsel for Petitioner
BASED Politics, Inc.*

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of D.C. Circuit Rule 27(c) because it contains 173 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

September 6, 2024

/s/ Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jhuebert@ljc.org

*Counsel for Petitioner
BASED Politics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on September 6, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

September 6, 2024

/s/ Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jhuebert@ljc.org

*Counsel for Petitioner
BASED Politics, Inc.*