# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1113**                  **September Term, 2024**

**DOJ-Pub. L. No. 118-50**

**Filed On: September 9, 2024** [2073721]

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## **O R D E R**

Upon consideration of the September 6, 2024 notice filed by petitioners BASED Politics, Inc. regarding allocation of oral argument time, it is

**ORDERED** that the following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| TikTok Petitioners | - | 15 Minutes |
| Creator Petitioners | - | 10 Minutes |
| Respondent | - | 25 Minutes. |

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
         Michael C. McGrail
         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)