# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1113** | **September Term, 2024** |
| | DOJ-Pub. L. No. 118-50 |
| | Filed On: September 10, 2024 [2074103] |

TikTok Inc. and ByteDance Ltd.,

    Petitioners

    v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

    Respondent

-----------------------------

Consolidated with 24-1130, 24-1183

    **BEFORE:**    Srinivasan, Chief Judge; Rao, Circuit Judge; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of amicus curiae the Foundation for Defense of Democracies for a *nunc pro tunc* waiver of this court's Rule 28(a)(2), and the lodged brief of amicus curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk
      BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk