# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1113** | **September Term, 2024** |
| | DOJ-Pub. L. No. 118-50 |
| | Filed On: September 16, 2024 [2074835] |

TikTok Inc. and ByteDance Ltd.,

    Petitioners

  v.

Merrick B. Garland, in his official capacity as Attorney General of the United States,

    Respondent

-----------------------------

Consolidated with 24-1130, 24-1183

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, September 16, 2024, at 9:33 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Andrew J. Pincus, counsel for TikTok Petitioners.

    Jeffrey L. Fisher, counsel for Creator Petitioners.

    Daniel Tenny (DOJ), counsel for Respondent.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Anne A. Rothenberger
            Deputy Clerk