# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1113**                          **September Term, 2024**

FILED ON: DECEMBER 6, 2024

TIKTOK INC. AND BYTEDANCE LTD.,

         PETITIONERS

v.

MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,

         RESPONDENT

Consolidated with 24-1130, 24-1183

On Petitions for Review of Constitutionality of the Protecting Americans from Foreign Adversary Controlled Applications Act

Before: SRINIVASAN, *Chief Judge*, RAO, *Circuit Judge*, and GINSBURG, *Senior Circuit Judge*

## **J U D G M E N T**

These causes came to be heard on the petitions for review of constitutionality of the Protecting Americans from Foreign Adversary Controlled Applications Act and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                    BY:     /s/

                                               Daniel J. Reidy
                                               Deputy Clerk

Date: December 6, 2024

Opinion for the court filed by Senior Circuit Judge Ginsburg.
Opinion concurring in part and concurring in the judgment filed by Chief Judge Srinivasan.