# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1113**                                           **September Term, 2024**

**DOJ-Pub. L. No. 118-50**

**Filed On: December 6, 2024** [2088318]

TikTok Inc. and ByteDance Ltd.,

     Petitioners

  v.

Merrick B. Garland, in his official capacity
as Attorney General of the United States,

     Respondent

------------------------------

Consolidated with 24-1130, 24-1183

## O R D E R

     It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                                    **FOR THE COURT:**
                                                                    Mark J. Langer, Clerk

                                     BY:    /s/
                                                                Daniel J. Reidy
                                                                Deputy Clerk