# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TikTok Inc., et al.,

**v.**

Merrick Garland

**Case No:** 24-1113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

TikTok Inc.

ByteDance Ltd.

### Counsel Information

**Lead Counsel:** (This appearance is in addition to counsel that have already appeared on behalf of Petitioners)

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

**2nd Counsel:** Noel J. Francisco

Direct Phone: ( 202 ) 879-5485   Fax: ( ___ ) ___-___   Email: njfrancisco@jonesday.com

**3rd Counsel:** Hashim M. Mooppan

Direct Phone: ( 202 ) 879-3744   Fax: ( ___ ) ___-___   Email: hmmooppan@jonesday.com

**Firm Name:** Jones Day

**Firm Address:** 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113

**Firm Phone:** ( 202 ) 879-3939   Fax: ( 202 ) 626-1700   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)