# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 18, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

     Re:  TikTok, Inc., et al.
            v. Merrick B. Garland, Attorney General
           No. 24-656
           (Your No. 24-1113)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on December 16, 2024 and placed on the docket December 18, 2024 as No. 24-656.

                                 Sincerely,

                                 **Scott S. Harris**, Clerk

                                 by

                                 Robert Meek
                                 Assistant Clerk- Emergency Applications

Attorney