# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 18, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Brian Firebaugh, et al.
         v. Merrick B. Garland, Attorney General
         No. 24-657
         (Your No. 24-1130; 24-1183; 24-1113)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 16, 2024 and placed on the docket December 18, 2024 as No. 24-657.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Robert Meek
                    Assistant Clerk- Emergency Applications

Attorney